**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 4, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00201-CV

### IN RE PAUL E. NUNU, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 2**
**Harris County, Texas**
**Trial Court Cause No. 416,781**

## MEMORANDUM OPINION

On March 18, 2022, relator Paul E. Nunu filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Michael B. Newman, presiding judge of the Probate Court No. 2 of Harris County, to vacate the probate court's January 12, 2017 order creating the dependent administration as void for lack of subject matter jurisdiction.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.